UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

F I L E D
AUG 1 5 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| ELAINE CONRAD | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:16cv1030 |
| JAMES R. CLAPPER, in his official capacity | ) |
| And | ) |
| MARK EWING, in his personal capacity | ) |
| Defendants. | ) |

### Order Granting Plaintiff's Motion to Use a Pseudonym

Upon consideration of Plaintiff Elaine Conrad's Motion for Leave to Use a Pseudonym and the accompanying Memorandum of Law and for good cause shown it is hereby:

**ORDERED**, that Plaintiff's Motion is GRANTED;

**ORDERED**, that Plaintiff may proceed in this case under the pseudonym of Elaine Conrad, and it is further;

**ORDERED**, that all papers submitted for public disclosure shall redact any information that identifies Plaintiff's true identity.

**IT IS SO ORDERED.**

_____     Aug. 15, 2016
Claude M. Hilton
Judge – Eastern District of Virginia     Date

Copies via CM/ECF to:

Timothy P. Bosson, Esq. VSB# 72746
Monique Miles, Esq. VSB# 78828
Old Towne Associates, PC
216 S. Patrick St.
Alexandria, VA 22314
Ph: (703) 519-6810
tbosson@oldtowneassociates.com
mmiles@oldtowneassociates.com
*Counsel for Plaintiff*