IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ELAINE CONRAD, ) | |
| ) | Civil Action No. 1:16-cv-01030 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES R. CLAPPER, in his official capacity as ) | |
| Director of National Intelligence, and ) | |
| MARK EWING, in his personal capacity, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants James E. Clapper, sued in his official capacity as Director of National Intelligence, and Mark Ewing, sued in his personal capacity, move this Court to dismiss this case. The reasons for granting the motion are elaborated in the accompanying memorandum of law.

Dated: October 17, 2016          Respectfully Submitted,

DANA J. BOENTE
United States Attorney

BENJAMIN C. MIZER
Principal Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director
Federal Programs Branch

_____/s/_____
ANTONIA KONKOLY
Assistant United States Attorney

        U.S. Attorney's Office,
        Eastern District of Virginia
        2100 Jamieson Ave.
        Alexandria, VA 22314
        Tel: (703) 299-3799
        Fax: (703) 299-3983
        antonia.konkoly@usdoj.gov

        RYAN B. PARKER
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        Telephone: (202) 514-4336
        Email: ryan.parker@usdoj.gov

        Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2016, I will file the foregoing with the Clerk of Court, who will send a notification of electronic filing (NEF) through the CM/ECF system to the following counsel of record:

**Timothy Paul Bosson**
Old Towne Associates PC
216 S Patrick St
Alexandria, VA 22314
571-438-9513
Fax: 202-380-0486
Email: tbosson@oldtowneassociates.com
*Attorney for the Plaintiff*

/s/
Antonia Konkoly
Assistant United States Attorney
*Attorney for the Defendants*